

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-23-00372-CR

---

SADLER JOHN HAIR, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

---

On Appeal from the 106th District Court
Garza County, Texas
Trial Court No. 18-3060, Honorable Reed A. Filley, Presiding

---

October 25, 2023

## ORDER OF ABATEMENT AND REMAND

Before QUINN, C.J., and PARKER and DOSS, JJ.

Appellant, Sadler John Hair, proceeding pro se, appeals from the trial court's judgment revoking his community supervision for the offense of possession of a controlled substance[1] and sentencing him to ten years' confinement. We abate the appeal and remand the cause to the trial court for further proceedings. Upon remand, the trial court shall also determine whether (1) Appellant still desires to prosecute the appeal, and (2)

---

[1] *See* TEX. HEALTH & SAFETY CODE ANN. § 481.115(C).

whether Appellant is indigent and entitled to appointed counsel. *See* TEX. CODE CRIM. PROC. ANN. art 1.051(d)(1).

The trial court shall enter such orders necessary to address the aforementioned questions. So too shall it include its findings on those matters in a supplemental clerk's record and cause that record to be filed with the Clerk of this Court by November 27, 2023. If it is determined that Appellant desires to proceed with the appeal, is indigent, and is entitled to appointed counsel, the trial court shall appoint counsel; the name, address, email address, phone number, and state bar number of any newly appointed counsel shall be included in the aforementioned findings.

Additionally, a certification of Appellant's right of appeal is included in the clerk's record but the document is not signed by the trial court. *See* TEX. R. APP. P. 25.2(a)(2), (d). Thus, the trial court is also directed to file an amended, signed certification and include it in the supplemental clerk's record filed with the Court on or before November 27, 2023.

It is so ordered.

Per Curiam

Do not publish.

2